353

No. 59002.—Alfred Orlik, Inc., and Ignaz Strauss & Co., Inc. v. United States, protests 218963–K and 232458–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), Tariff Act of 1930, and the items marked with the letter "B" at 10 percent under the provision in said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), for "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

No. 59003.—Theodore B. Smith Co., Inc. v. United States, protest 244967–K (New York).

Opinion by JOHNSON, J. The collector's memorandum states that "As to item (x) case #4, (collages) the collector would not object to a stip. making same dutiable at 10% par 1547–a–TA 30 and TD 51802." However, since this claim was not made in the protest, and no evidence in support thereof has been offered or received in evidence, the court was constrained to overrule the protest. (*United States* v. *Strauss & Buegeleisen*, 20 C. C. P. A. 378, T. D. 46184, and *W. T. Grant Company* v. *United States*, 38 C. C. P. A. 57, C. A. D. 440, followed.)

No. 59004.—J. H. Surplus Distributors Co. v. United States, protest 237345–K (B) (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 59005.—Joseph F. Mariano v. United States, protest 242937–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 59006.—N. M. Albert Co., Inc. v. United States, protest 243043–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.